JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MANUEL MENDOZA, III,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,<br><br>Defendant. | Case No. ED CV 16-2190 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: 7.5.2017

Hon. Jay C. Gandhi
United States Magistrate Judge